DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUS FENNELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2394

[April 24, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Sherman, Judge; L.T. Case No. 502024CA008068.

Gus Fennell, Century, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellant.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***